FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2021

No. 04-21-00430-CV

**TEXAS DEPARTMENT OF TRANSPORTATION** and James M. Bass,
Appellants

v.

**ROBERT DIXON TIPS PROPERTIES, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI10003
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellants' brief was originally due on November 8, 2021. On November 5, 2021, appellants filed a motion requesting an extension of their briefing deadline until December 8, 2021. After consideration, we **GRANT** the motion and **ORDER** appellants to file their brief **by December 8, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court